

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-07-046-CV

IN THE INTEREST OF S.A.H. AND M.L.H.,
MINOR CHILDREN

----------

FROM THE 325ᵀᴴ DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Agreed Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* TEX. R. APP. P. 43.4.

PER CURIAM

PANEL A: CAYCE, C.J.; GARDNER and WALKER, JJ.

DELIVERED: July 17, 2008

---

[1] *See* TEX. R. APP. P. 47.4.